THE PEOPLE ex rel. AMOS H. TROWBRIDGE, Administrator, etc., Respondent, *v.* THE COMMISSIONERS OF TAXES AND ASSESSMENTS IN THE CITY AND COUNTY OF NEW YORK, Appellants.

(Argued June 4, 1875; decided June 15, 1875.)

*William Barnes* for the appellants.

*John E. Burrill* for the respondent.

Agree to affirm. No opinion.
All concur. Order affirmed.

———

GILBERT F. DARLING, Respondent, *v.* SELAH S. BREWSTER et al., Appellants.

(Argued June 4, 1875; decided June 15, 1875.)

*Richard H. Huntley* for the appellants.

*George A. Black* for the respondents.

Agree to affirm. No opinion.
All concur. Judgment affirmed.

———

SARAH NELLIGAN, Respondent, *v.* THE MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK, Appellants.

(Argued June 4, 1875; decided June 15, 1875.)

DECIDED on the facts and upon the grounds that the points presented here were not made or raised on the trial

*D. J. Dean* for the appellants.

*Wm. F. McNamara* for the respondent.

ALLEN, J., reads for affirmance.
All concur. Judgment affirmed.